**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––––––

**No. 23-7286**

––––––––––––––––––

HERMAN S. DAWSON,

                  Petitioner - Appellant,

      v.

EDDIE M. BUFFALOE, JR.,

                  Respondent - Appellee.

––––––––––––––––––

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:21-hc-02213-FL)

––––––––––––––––––

Submitted: April 18, 2024                        Decided: April 22, 2024

––––––––––––––––––

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

––––––––––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––––––––––

Herman S. Dawson, Appellant Pro Se.

––––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Dawson seeks to appeal the district court's order dismissing without prejudice as untimely his 28 U.S.C. § 2254 petition.* We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on September 28, 2023. Dawson filed the notice of appeal on December 8, 2023. Because Dawson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

* The dismissal order is final and appealable because the district court did not grant leave to amend. *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).